IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Jonathan D. Benson,<br><br>                Plaintiff,<br><br>-vs-<br><br>Innovis Health, LLC,<br><br>                Defendant. | Case No. 3:15-cv-47<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends that the motion to remand be denied; the motion for attorney fees be denied; and the motion for a hearing be denied. Objections were due on or before November 9, 2015. Neither party filed objections to the Report and Recommendation.

After reviewing the record and considering the magistrate judge's Report and Recommendation, the court finds the magistrate judge's analysis of the claims and recommendations for disposition are appropriate. Accordingly, the court hereby adopts the Report and Recommendation in its entirety. The plaintiff's motion to remand, motion for attorney fees, and motion for a hearing are **DENIED**.

**IT IS SO ORDERED.**

Dated this 19th day of November, 2015.

                                                            */s/  Ralph R. Erickson*
                                                            Ralph R. Erickson, Chief Judge
                                                            United States District Court

---

[1] Doc. #22.